FILED
07 FEB -5 AM 10: 34
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| RICHARD MORGAN, | Case No. 06cv2348 WQH (RBB) |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT MOTION FOR DISMISSAL** |
| BAS FOOD SERVICES, INC., et al, | |
| Defendants. | |

ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendant Brett D. Gobar, Trustee of the Palm BDG Trust Dated May 29, 2005** *only*.

Dated: 2/1/07

William Q. Hayes
Judge of the District Court

Morgan v. Bay City Plaza, et al
Case No. 06cv2348 WQH (RBB)

Proposed Order Re: Joint Motion for Dismissal