FILED
2007 FEB 13 AM 8:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORGAN,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>BAS FOOD SERVICES, INC. dba EL POLLO LOCO #3377; C & I ENTERPRISES dba FRAZEE PAINT DEALER; ONG'S RESTAURANT GROUP dba RALLY'S HAMBURGERS; DOCTOR'S ASSOCIATES, INC. dba SUBWAY SANDWICHES & SALADS # 3871; ANIL & SMITA, INC. dba LITTLE CAESARS PIZZA # 325-005; LITTLE CAESARS ENTERPRISES, INC.; BLOCKBUSTER, INC. dba BLOCKBUSTER VIDEO #6094; RENT-A-CENTER WEST, INC. dba RENT-A-CENTER; JULIAN R. GONZALEZ dba COSTA AZUL MARISCOS; BRETT D. GOBAR TRUSTEE OF THE PALM BDG TRUST DATED MAY 29, 2005; GRUBB & ELLIS/BRE COMMERCIAL; RICHARD J. LORAH, TRUSTEE OF THE LORAH FAMILY TRUST DATED OCTOBER 3, 1979; HOLLY HAJJAR LORAH, TRUSTEE OF THE LORAH FAMILY TRUST DATED OCTOBER 3, 1979,<br><br>　　　　　　　Defendants. | Case No. 06 CV 2348 WQH RBB<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/924079.1

06 CV 2348 WQH RBB

## ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to Defendant Blockbuster, Inc. d/b/a Blockbuster Video #6094.**

Dated: 2/9/07

_____
Judge of the District Court