```
                                    FILED
                              2007 FEB 16  PM 12: 55
                              CLERK US DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY_____KM_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| RICHARD MORGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BAS FOOD SERVICES, INC., et al,<br><br>    Defendants. | Case No. 06cv2348 WQH (RBB)<br><br>**PROPOSED ORDER RE: JOINT MOTION FOR DISMISSAL** |

## ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendants ONG'S RESTAURANT GROUP dba RALLY'S HAMBURGERS and RENT-A-CENTER WEST, INC. dba RENT-A-CENTER** *only*.

Dated: 2/15/07

_____
Judge of the District Court

Morgan v. Bay City Plaza, et al
Case No. 06cv2348 WQH (RBB)

Proposed Order Re: Joint Motion for Dismissal